# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*City of Ogdensburg v. Purdue Pharma, L.P.*, No. 19-op-45852 ("Track 22") | ) MDL 2804<br>)<br>)<br>) Case No. 1:17-md-2804<br>)<br>)<br>) Judge Dan Aaron Polster<br>)<br>) **PBM BELLWETHER CASE TRACK 22**<br>) **AMENDED CASE MANAGEMENT ORDER**<br>) |

On December 23, 2024, the Court entered the PBM Bellwether Case Track 22 Case Management Order, ECF No. 5834. The Parties have now met and conferred and mutually agree to the following revised case management deadlines for Track 22, which extends the deadline for completion of custodial and non-custodial productions from August 6, 2025 to November 7, 2025, extends the time for completion of fact discovery from January 21, 2026 to April 21, 2026, and makes corresponding changes to all subsequent deadlines.

A. **Fact Discovery**

　1. **November 7, 2025** – Custodial and non-custodial document production by all parties shall be complete. Document production leading up to this deadline should occur on a rolling basis.

　2. **April 21, 2026** – Close of Fact Discovery.

B. **Expert Discovery**

　1. **June 2, 2026**[1] – Track 22 Plaintiff's Deadline to serve expert reports.

　2. **June 23, 2026 – August 7, 2026** – Window for PBM Defendants to depose Track 22 Plaintiff's experts.

　3. **September 1, 2026**[2] – PBM Defendants' Deadline to serve expert reports.

　4. **September 22, 2026 – November 3, 2026** – Window for Track 22 Plaintiff to depose PBM Defendants' experts.

---

[1] Track 22 Plaintiff shall serve expert reports on all issues except abatement remedies and, for each expert, provide two proposed depositions dates.

[2] PBM Defendants shall serve expert reports on all issues except abatement remedies and, for each expert, provide two proposed depositions dates.

    5.    If any expert reports rebutting responsive reports are served, they shall be served **21 days** after the deposition of the responsive expert, any materials relied on by the rebutting expert shall be produced within **7 days** of serving the rebuttal reports, and the Parties shall meet and confer regarding the timing of rebuttal expert depositions and an extension of the deadlines to file dispositive and *Daubert* motions.

**C.**    **Dispositive and *Daubert* Motions**

    1.    **October 19, 2026** – Deadline to meet and confer on page limits for dispositive and *Daubert* motions.

    2.    **November 20, 2026** – Deadline to file dispositive and *Daubert* motions.

    3.    **January 20, 2027** – Deadline to file Responses to dispositive and *Daubert* motions.

    4.    **February 10, 2027** – Deadline for Replies in support of such dispositive and *Daubert* motions.

With respect to *Daubert* and dispositive motions, the Parties will meet and confer on page limits and mechanisms to further avoid unnecessarily lengthy or duplicative briefing while preserving the record based on motions filed in separate tracks of the MDL.

**IT IS SO ORDERED.**

**Date: September 19, 2025**

                                 *s/Dan Aaron Polster*
                                 **DAN AARON POLSTER**
                                 **UNITED STATES DISTRICT JUDGE**